(August 3, 1978)

■ PAN AMERICAN WORLD AIRWAYS, INC., v ETSIA, INC., et al. (And a Third-Party Action.)—Motion to dismiss appeal denied. The appeal is deemed to be taken from the judgment entered on March 23, 1978 and the notice of appeal deemed corrected accordingly. (See *National Bank of North Amer. v Kory*, 63 AD2d 579.) Concur—Murphy, P. J., Silverman, Evans, Lane and Markewich, JJ.

■ In the Matter of JACK WASSERMAN, an Attorney.—Motion for reinstatement denied, with leave to renew the motion after the termination of the proceeding before the Committee on Grievances of the Association of the Bar of the City of New York. Concur—Murphy, P. J., Lupiano, Fein, Markewich and Sandler, JJ.

(August 25, 1978)

■ In the Matter of ARMANDO MONTANO, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK, and EDWARD MARTINEZ, JR., et al., Respondents.— Judgment, Supreme Court, Bronx County, entered on August 23, 1978, affirmed, without costs and without disbursements. Concur—Kupferman, J. P., Sandler and Sullivan, JJ.; Silverman and Markewich, JJ., dissent and vote to reverse the judgment appealed from and grant the petition to invalidate the candidacy of Edward Martinez, Jr., on the ground that the finding of residence of this candidate in the assembly district at the requisite times is against the weight of the evidence. In this connection see section U46-1.0 of the New York City Administrative Code.